IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **4:19CR3011** |
| vs. | | |
| WILLIAM BOOTHEIII, | | **ORDER** |
| Defendant. | | |

Defendant violated the terms of pretrial release. Upon consideration of the evidence and filings before the court, Defendant is released subject to the same terms and conditions of release previously imposed plus the following additional conditions:

a.   The defendant shall have no contact by any means (in person, by phone, through electronic means, or otherwise), directly or indirectly, with persons under the age of 18 or any persons attending or who could be attending grades K-12 of school.

b.   The defendant is subject to home incarceration; that is 24-hour lockdown, except for medical necessities and court appearances or other activities specifically approved by the court.

c.   The defendant shall be placed on electronic monitoring. Installation of monitoring equipment shall be at Defendant's expense, payable in advance of the installation, with monitoring fees paid by Defendant monthly.

d.   The defendant is to submit to any method of testing at his own expense as required by the officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and may include urine testing, the wearing of a sweat patch, blood tests, and/or a remote alcohol

testing system. The defendant shall not obstruct or attempt to obstruct or tamper in any fashion with the efficiency and accuracy of any substance testing equipment, nor submit samples of body fluids which are not his own, nor otherwise adulterate any samples submitted for testing. All collections of fluids for testing shall be at the defendant's expense, payable at the time of collection.

e.     The defendant shall report as soon as possible to the supervising officer any contacts with persons under the age of eighteen.

f.      The defendant shall not be employed in or participate in any volunteer activity that involves contact with persons under the age of eighteen.

July 9, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge